Cite as 2016 Ark. 172

# SUPREME COURT OF ARKANSAS

IN RE ADMINISTRATIVE ORDER
NO. 2(b)(2)

**Opinion Delivered** April 14, 2016

**PER CURIAM**

It has come to the court's attention that clerks in some counties have failed to comply with the requirements of Administrative Order No. 2(b)(2), which states,

> (2) The clerk *shall* denote the date and time that a judgment, decree or order is filed by stamping or otherwise marking it with the date and time and *the word "filed."* A judgment, decree or order is *entered when so stamped or marked by the clerk, irrespective of when it is recorded in the judgment record book.*

(Emphasis added.)

For example, it appears that, despite this court's clear directive in Administrative Order No. 2(b)(2) to stamp or otherwise mark judgments, decrees, and orders (collectively referred to as "orders") with the word "filed," the clerk in Baxter County adopted a procedure in February 2015 in which the official county file mark is "presented" and "recorded." Similarly, it appears that, in May 2013, the clerk in Pike County adopted a procedure in which the official county file mark is "recorded." It appears that these marks were the default marks generated by software programs that were sold to the counties and that the clerks there failed to change the marks to "filed," or to otherwise mark orders as "filed." In addition, it appears that clerks in other counties may have failed to comply with Administrative Order No. 2(b)(2) by marking or stamping orders with words other than

SLIP OPINION

"filed." The clerks' noncompliance with Administrative Order No. (2)(b)(2) calls into question the effectiveness of thousands of orders in this state.

Pursuant to this court's authority to exercise superintending control over all courts, *see* Ark. Const. amend. 80, § 4, we deem as "filed," and, therefore, entered, all judgments, decrees, and orders marked "recorded," or "presented" and "recorded," for the period beginning May 1, 2013, and ending April 14, 2016. Clerks in all counties are directed to comply with Administrative Order No. 2(b)(2) forthwith.

It is so ordered.